IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>*Defendants*. | Case No. 6:22-cv-00381-JCB |

## NOTICE OF APPEAL

All Defendants hereby appeal, to the U.S. Court of Appeals for the Fifth Circuit, this Court's September 8, 2023, Final Judgment, ECF No. 42.

DATED:  November 6, 2023

SETH FROTMAN
General Counsel

STEVEN Y. BRESSLER
Deputy General Counsel

CHRISTOPHER DEAL
Assistant General Counsel

Respectfully Submitted,

*s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
RYAN COOPER
Senior Counsel
Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC  20552
Justin.Sandberg@cfpb.gov
Ryan.Cooper@cfpb.gov
(202) 450-8786 (Sandberg)
(202) 702-7541 (Cooper)

1

**CERTIFICATE OF SERVICE**

I hereby certify on this 6th Day of November, 2023, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.


　　　　　　　　　　　　　　　　*s/ Justin M. Sandberg*
　　　　　　　　　　　　　　　　JUSTIN M. SANDBERG