# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 23-40650

Chamber of Commerce vs. CFPB
(Short Title)

The Clerk will enter my appearance as Counsel for the Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**
☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Justin Michael Sandberg                justin.sandberg@cfpb.gov
(Signature)                                (e-mail address)

Justin Michael Sandberg                   IL/6278377
(Type or print name)                       (State/Bar No.)

_____
(Title, if any)

Consumer Financial Protection Bureau
(Firm or Organization)

Address  1700 G St. NW

City & State Washington, DC          Zip 20552

Primary Tel. 202-450-8786    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Justin Michael Sandberg

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes  ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes  ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  No.

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Texas Bankers Ass'n v. CFPB, No. 7:23-cv-00144 - involves a challenge to the constitutionality of the CFPB's funding under CFSA v. CFPB, 51 F.4th 616 (5th Cir. 2022), cert. granted (cont. on p.2)

Name of Court or Agency  S.D. Texas

Status of Appeal (if any) _____

Other Status (if not appealed) The District Court preliminarily enjoined the Bureau from implementing (cont.)

**NOTE: Attach sheet to give further details.**                 DKT-5A REVISED June 2023

# Notice of Appearance in *Chamber of Commerce v. CFPB*, No. 23-40650, by Justin Sandberg

**Related Case Info. (cont.)**

**Caption and Description (*Texas Bankers Ass'n v. CFPB*, cont.)**: 143 S. Ct. 978 (2023) and *cert. denied*, 143 S. Ct. 981 (2023).

**Status (*Texas Bankers Ass'n v. CFPB*, cont.)**: and enforcing a rule related to small-business lending. A status conference is scheduled for January 2024.

\*   \*   \*

**Caption and Description**: *Serrano v. CFPB*, No. 7:23-cv-132. Individual sought *ex parte* preliminary relief to prevent the CFPB from pursuing an ongoing enforcement action in the W.D. of VA in light of *CFSA*.
**Court**: W.D. Tex.
**Status**: The court denied *ex parte* relief, and the CFPB has not been served with the complaint yet.

\*   \*   \*

**Caption and Description**: *CFPB v. Populus Financial Group, Inc., dba ACE Cash Express, Inc.*, No. 3:22-cv-1494. Enforcement case brought by the CFPB against *Populus*.
**Court**: N.D. Tex.
**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*   \*   \*

**Caption and Description**: *CFPB v. FirstCash*, No. 2:15-cv-7522. Enforcement case brought by the CFPB against *FirstCash*.
**Court**: N.D. Tex.
**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*   \*   \*

**Caption and Description**: *CFPB v. ACTIVE*, No. 4:22-cv-898. Enforcement case brought by the CFPB against *ACTIVE*.
**Court**: E.D. Tex.
**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.