# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 16, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40650   Chamber of Commerce v. CFPB
                  USDC No. 6:22-CV-381

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Rebecca L. Leto, Deputy Clerk
          504-310-7703

Mr. Ryan Cooper
Ms. Jennifer B. Dickey
Mr. Cameron Thomas Norris
Mr. Thomas Pinder
Mr. David Pommerehn
Mr. Justin Michael Sandberg
Mr. Bruce Alan Smith
Mr. Bryan K. Weir