# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-40650

————————

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS
ASSOCIATION; CONSUMER BANKERS ASSOCIATION;
INDEPENDENT BANKERS ASSOCIATION OF TEXAS; TEXAS
ASSOCIATION OF BUSINESS; TEXAS BANKERS ASSOCIATION,

*Plaintiffs—Appellees*,

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,

*Defendants—Appellants*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:22-CV-381

———————————————————————

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay
further proceedings in this court pending decision in United States Supreme
Court Case No. 22-448, CFPB v. Community Financial Services Association
of America, Ltd., is GRANTED.

No. 23-40650

_/s/ Kurt D. Engelhardt_____
KURT D. ENGELHARDT
*United States Circuit Judge*