# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, Independent Bankers Association of Texas, Texas Association of Business, and Texas Bankers Association,<br>          Plaintiffs-Appellees,<br><br>v.<br><br>Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>          Defendants-Appellants. | No. 23-40650 |

## STATUS REPORT

On November 16, 2023, the Court granted Defendants' unopposed motion to stay this case "pending decision in United States Supreme Court Case No. 22-448, CFPB v. Community Financial Services Association of America, Ltd." Order, ECF No. 20-2. On May 16, 2024, the Supreme Court issued its decision. *Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, No. 22-448, 2024 WL 2193873 (U.S. May 16, 2024).

DATED: May 17, 2024                                             Respectfully Submitted,

SETH FROTMAN                                              *s/ Justin M. Sandberg*
General Counsel                                                 JUSTIN M. SANDBERG
STEVEN Y. BRESSLER                                  Senior Counsel

Deputy General Counsel

CHRISTOPHER DEAL
Assistant General Counsel

Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC   20552
Justin.Sandberg@cfpb.gov
(202) 450-8786 (Sandberg)

## CERTIFICATE OF SERVICE

I hereby certify on this 17th Day of May, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record who have identified email as their preferred method of service.

     *s/ Justin M. Sandberg*
     JUSTIN M. SANDBERG

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 71 words. The motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Office 365 Pro Plus in Times Garamond 14-point font, a proportionally spaced typeface.

*s/ Justin M. Sandberg*
Justin M. Sandberg
