# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 23-40650

Chamber of Commerce vs. CFPB
(Short Title)

The Clerk will enter my appearance as Counsel for the Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the CFPB

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae
☑ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Ryan Cooper                                     ryan.cooper@cfpb.gov
(Signature)                                          (e-mail address)

Ryan Cooper                                         24097531 (TX)
(Type or print name)                                 (State/Bar No.)

_____
(Title, if any)

Consumer Financial Protection Bureau
(Firm or Organization)

Address: 1700 G St. NW

City & State: Washington, DC          Zip: 20552

Primary Tel. 202-702-7541   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Justin Michael Sandberg

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes   ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case: No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
See attached.

_____
Name of Court or Agency

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**                              DKT-5A REVISED June 2023

Notice of Appearance in *Chamber of Commerce v. CFPB*, No. 23-40650, by Ryan Cooper

Related Cases

1. Caption and description: *Texas Bankers Ass'n v. CFPB*, No. 7:23-cv-00144 (S.D. Tex.). This case involves a challenge to the CFPB's statutory funding mechanism under *CFSA v. CFPB*, 51 F.4th 616 (5th Cir. 2022), *rev'd CFPB v. CFSA*, No. 22-448, 2024 WL 2193873 (May 16, 2024).

   Status: The district court preliminarily enjoined the CFPB from implementing and enforcing a rule related to small business-lending. A notice of the Supreme Court's decision in *CFSA* was filed on May 17, 2024.

2. Caption and description: *Chamber of Commerce of the U.S. v. CFPB*, No. 4:24-cv-213 (N.D. Tex.). This case involves a challenge to the CFPB's statutory funding mechanism under *CFSA*.

   Status: The district court entered a preliminary injunction staying a rule related to credit card late fees. A notice of the Supreme Court's decision in *CFSA* was filed on May 17, 2024. On May 28, the district court transferred the case to the U.S. District Court for the District of Columbia. The plaintiffs have petitioned for a writ of mandamus challenging the transfer decision. That petition, in proceeding No. 24-10463, remains pending as of May 29.

3. Caption and description: *CFPB v. Populus Financial Group, Inc.*, No. 3:22-cv-1494 (N.D. Tex.). This is an enforcement case brought by the CFPB, in which the defendants have challenged the CFPB's funding mechanism under *CFSA*.

   Status: The case was stayed pending a decision by the Supreme Court in *CFSA*. A joint status report is due within forty-five days of the end of the stay stating how the parties wish to proceed.

4. Caption and description: *CFPB v. FirstCash*, No. 4:21-cv-1251 (N.D. Tex.). This is an enforcement case brought by the CFPB, in which the defendants have challenged the CFPB's funding mechanism under *CFSA*.

   Status: The case was stayed pending a decision by the Supreme Court in *CFSA*. A notice of the Supreme Court's decision in *CFSA* was filed on May 28, 2024.

5. Caption and description: *CFPB v. ACTIVE Network, LLC*, No. 4:22-cv-898 (E.D. Tex.). This is an enforcement case brought by the CFPB.

   Status: The case was stayed pending a decision by the Supreme Court in *CFSA*. A notice of the Supreme Court's decision in *CFSA* was filed on May 17, 2024. A joint status report

is due within forty-five days of the end of the stay stating how the parties wish to proceed.

6. Caption and description: *CFPB v. Colony Ridge Development, LLC*, No. 4:23-cv-4729 (S.D. Tex.). This is an enforcement case brought by the CFPB, in which the defendants have challenged the CFPB's funding mechanism under *CFSA*.

   Status: Defendants challenged the constitutionality of the CFPB's statutory funding mechanism in a pending motion to dismiss and moved to stay the case pending a decision by the Supreme Court in *CFSA*. A notice of the Supreme Court's decision in *CFSA* was filed on May 17, 2024.