IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Chamber of Commerce of the United States of
America, Longview Chamber of Commerce,
American Bankers Association, Consumer
Bankers Association, Independent Bankers
Association of Texas, Texas Association of
Business, and Texas Bankers Association,
                Plaintiffs-Appellees,

v.

Consumer Financial Protection Bureau; and Rohit
Chopra, in his official capacity as Director of the
Consumer Financial Protection Bureau,
                Defendants-Appellants.

No. 23-40650

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants-Appellants Consumer Financial Protection Bureau (Bureau or CFPB) and Director Rohit Chopra, in his official capacity,[1] respectfully move for a 30-day extension of time, to and including August 7, 2024, to file their opening brief. Counsel for Plaintiffs-Appellees has informed the Bureau that Plaintiffs-Appellees do not oppose the relief sought in this motion.

1.     The Consumer Financial Protection Act of 2010 (CFPA), *see* 12 U.S.C. § 5531(a), authorizes the Bureau to take action to "prevent a covered person or

---

[1] The Bureau and Director Chopra will be referred to collectively as "the Bureau" or "the CFPB" for ease of reference.

service provider from committing or engaging in an unfair, deceptive, or abusive act or practice [UDAAP] under Federal law in connection with any transaction with a consumer for a consumer financial product or service, or the offering of a consumer financial product or service."

2. In March 2022, the Bureau amended the UDAAP chapter of the Supervision and Examination Manual (Manual) to address the interaction between unfairness and discriminatory conduct.

3. Plaintiffs—national and state membership associations, as well as the Longview Chamber of Commerce—filed suit in the Eastern District of Texas. They raised several claims, including that (i) the Manual revisions were "issued with funds not properly appropriated in accordance with law," Compl. ¶ 96, ECF No. 1, Sept. 28, 2022, and (ii) the Manual "exceeds the CFPB's statutory authority by adding discrimination to [the Bureau's] UDAAP authority," *id.* ¶ 83.

4. The parties filed cross-motions for summary judgment, and, on September 8, 2023, the district court entered judgment in favor of Plaintiffs. Final Judgment, ECF No. 42. The district court (i) rejected the Bureau's arguments on standing and venue, (ii) held that manual revisions were invalid under this Court's decision in *CFSA v. CFPB*, 51 F.4th 616 (5th Cir. 2022), regarding the constitutionality of the Bureau's funding statute, and, (iii) decided, based largely on the major questions doctrine, that the Bureau lacked the statutory authority to treat discriminatory conduct

as unfair. Opinion and Order at 9-18, ECF No. 41. The court issued declaratory and injunctive relief based on the constitutional and statutory violations that it had identified.

5. The Bureau filed a notice of appeal on November 6, 2023. Shortly thereafter, the Court granted the Bureau's motion to hold this appeal in abeyance pending the Supreme Court's review of *CFSA*. *See* ECF No. 20, Nov. 16, 2023. On May 16, 2024, the Supreme Court issued its decision. *Consumer Fin. Prot. v. Cmty. Fin. Servs. Ass'n of Am., Ltd.*, No. 22-448, 2024 WL 2193873 (U.S. May 16, 2024). And on May 28, 2024, the Court issued a briefing notice and set the deadline for the Bureau's opening brief as July 8, 2024. ECF No. 40.

6. The Bureau has not previously sought an extension of the deadline to file its opening brief.

7. The Bureau respectfully requests a 30-day extension of time, up to and including August 7, 2024, to file its opening brief. The Bureau requests additional time to engage in sufficient intra- and inter-agency consultations regarding this case, which raises questions about, among other things, the scope of the Bureau's authority and the proper application of the major questions doctrine.

8. Plaintiffs-Appellees do not oppose the relief sought in this motion.

DATED: June 12, 2024                    Respectfully Submitted,

SETH FROTMAN                             _s/ Justin M. Sandberg_
General Counsel                          JUSTIN M. SANDBERG
                                         RYAN COOPER
STEVEN Y. BRESSLER                       Senior Counsel
Deputy General Counsel                   Consumer Financial Protection Bureau
                                         1700 G St. NW
CHRISTOPHER DEAL                         Washington, DC   20552
Assistant General Counsel                Justin.Sandberg@cfpb.gov
                                         Ryan.Cooper@cfpb.gov
                                         (202) 450-8786 (Sandberg)
                                         (202) 702-7541 (Cooper)

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 530 words. The motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Office 365 Pro Plus in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Justin M. Sandberg*
Justin M. Sandberg

## **CERTIFICATE OF SERVICE**

I hereby certify on this 12th Day of June, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record who have identified email as their preferred method of service.

 *s/ Justin M. Sandberg*
JUSTIN M. SANDBERG