No. 23-40650

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,
*Plaintiffs-Appellees*,

v.

CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court for the
Western District of Texas, No. 1:23-cv-411 (Ezra, J.)

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Per Rule 27 and Fifth Circuit Rule 31.4, Appellees file this first unopposed motion for a 30-day extension of time to file its brief, to and including October 7, 2024. Good cause exists for this extension:

1. This Level 1 request is Appellees' first request for an extension of time.

2. Appellees' brief is currently due on September 6, 2024. The attorney primarily responsible for handling this matter for Appellees is undersigned counsel, Cameron T. Norris. Appellees seek a 30-day extension to account for Mr. Norris's multiple competing deadlines in other matters where he is also primarily responsible, including *Speech First v. Whitten*, No. 1:24-cv-00898 (S.D. Ind.) (reply brief in support of motion for preliminary injunction due August 23), *Parents Defending Education v. Olentangy Local School District Board of Education*, No. 23-3630 (6th Cir.) (petition for rehearing en banc due August 26), *Alabama v. Cardona*, No. 24-12444 (11th Cir.) (opening brief due

1

September 9), and *Return Mail v. United States*, No. 24-47 (U.S.) (reply in support of cert. petition due around September 25)

3. Appellees have conferred with counsel for Appellants and Appellants consent to the relief requested in this motion.

4. The extension sought is in the interest of justice, not for delay, and no party will be prejudiced if it's granted.

\* \* \*

For all these reasons, Appellees respectfully ask that the time for filing its brief be extended 30 days, to and including Monday, October 7, 2024.

Respectfully submitted,

Dated: August 9, 2024

*s/ Cameron T. Norris*

Bruce A. Smith
WARD, SMITH & HILL PLLC
P. O. Box 1231
Longview, Texas 75606
(903) 757-6400
bsmith@wsfirm.com

David Pommerehn
CONSUMER BANKERS ASSOCIATION
1225 New York Ave., N.W.
Suite 1100
Washington, DC, 20005
(202) 552-6368
dpommerehn@consumerbankers.com

Cameron T. Norris
Bryan K. Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Jennifer B. Dickey
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
jdickey@uschamber.com
jvonbokern@uschamber.com

*Counsel for Appellees*

2

# CERTIFICATE OF SERVICE

I e-filed this brief with the Court, which will email everyone requiring service.

Dated: August 9, 2024                                    *s/ Cameron T. Norris*

# CERTIFICATE OF COMPLIANCE

The brief complies with Rule 32(a)(7)(B) because it contains 241 words, excluding the parts that can be excluded. This brief also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally space font using Microsoft Word in 14-point Garamond (body) and 16-point Helvetica Neue (headings).

Dated: August 9, 2024                                    *s/ Cameron T. Norris*