# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, Independent Bankers Association of Texas, Texas Association of Business, and Texas Bankers Association,<br>　　　　　Plaintiffs-Appellees,<br><br>v.<br><br>Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>　　　　　Defendants-Appellants. | No. 23-40650 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

Defendants-Appellants the Consumer Financial Protection Bureau and Director Rohit Chopra (collectively, "CFPB") respectfully move for a two-week extension of time, to and including November 11, to file their reply brief. Counsel for Plaintiffs-Appellees has informed the CFPB that Plaintiffs-Appellees do not oppose the relief sought in this motion.

　　　1.　　On August 7, 2024, the CFPB filed its opening brief. *See* Doc. No. 46.

　　　2.　　On October 7, 2024, Plaintiffs-Appellees filed their answering brief. *See* Doc. No. 72.

　　　3.　　Under Federal Rule of Appellate Procedure 31(a)(1), the CFPB's reply

brief is currently due twenty-one days after service of Plaintiffs-Appellees' brief, or by October 28, 2024.

4. The CFPB has not previously sought an extension of the deadline to file its reply brief.

5. The CFPB respectfully requests a two-week extension of time, up to and including November 11, 2024, to file its reply brief. The CFPB requires this extension because lead counsel on this matter is on leave and expected to be unavailable from October 4 until October 21.

6. Plaintiffs-Appellees do not oppose the relief sought in this motion.

DATED: October 8, 2024

Respectfully Submitted,
/s/ Ryan Cooper
Seth Frotman
  *General Counsel*
Steven Y. Bressler
  *Deputy General Counsel*
Kevin Friedl
  *Acting Assistant General Counsel*
Ryan Cooper
  *Senior Counsel*
1700 G Street NW
Washington, DC 20552
ryan.cooper@cfpb.gov
202-702-7541

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 179 words. The motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Office 365 Pro Plus in Garamond 14-point font, a proportionally spaced typeface.

*/s/* Ryan Cooper
Ryan Cooper

## **CERTIFICATE OF SERVICE**

I hereby certify on October 8, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

　　　　　　　　　　　　　　　　　　/s/ Ryan Cooper
　　　　　　　　　　　　　　　　　　Ryan Cooper