# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40650   Chamber of Commerce v. CFPB
                  USDC No. 6:22-CV-381

The court has denied the motion to extend time to file reply brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa V. Mattingly, Deputy Clerk
                    504-310-7719

Mr. Ryan Cooper
Ms. Jennifer B. Dickey
Mr. Andrew Doersam
Mr. Orlando Economos
Ms. Rachel Fried
Ms. Brianne Jenna Gorod
Mr. Seth Mermin
Mr. David Sidney Shaffer Nahmias
Mr. Cameron Thomas Norris
Ms. Victoria S. Nugent
Mr. David O'Toole
Mr. Thomas Pinder
Mr. David Pommerehn
Mr. David Leighton Rosenthal
Mr. Justin Michael Sandberg
Mr. Bruce Alan Smith
Mr. Jordan Landrum Von Bokern
Mr. Bryan K. Weir