IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, Independent Bankers Association of Texas, Texas Association of Business, and Texas Bankers Association,<br>　　　　　Plaintiffs-Appellees,<br><br>v.<br><br>Consumer Financial Protection Bureau; and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau,<br>　　　　　Defendants-Appellants. | No. 23-40650 |

**UNOPPOSED MOTION FOR RECONSIDERATION OF ORDER DENYING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendants-Appellants the Consumer Financial Protection Bureau and Director Rohit Chopra (collectively, "CFPB") respectfully move the Court to reconsider its decision to deny the CFPB's unopposed motion for a two-week extension of time to file its reply brief. The CFPB submits this motion for reconsideration in order to provide the Court additional information pertaining to the basis for the requested extension. Plaintiffs-Appellees do not oppose the relief sought in this motion.

1.　　On August 7, 2024, the CFPB filed its opening brief. *See* Doc. No. 46.

2. On October 7, 2024, Plaintiffs-Appellees filed their answering brief. *See* Doc. No. 72.

3. Under Federal Rule of Appellate Procedure 31(a)(1), the CFPB's reply brief is currently due twenty-one days after service of Plaintiffs-Appellees' brief, or by October 28, 2024.

4. On October 8, 2024, the CFPB filed an unopposed motion for a two-week extension of time to file its reply brief. *See* Doc. No. 75. The CFPB had not previously sought an extension of the deadline to file its reply brief. The unopposed motion stated that "[t]he CFPB requires this extension because lead counsel on this matter is on leave and expected to be unavailable from October 4 until October 21."

5. On October 9, 2024, the Clerk entered an order denying the CFPB's motion. *See* Doc. No. 79.

6. The CFPB respectfully moves for reconsideration of that order. Lead counsel for the CFPB who is primarily responsible for preparing its reply brief, Justin M. Sandberg, had surgery on October 4, 2024. He has been and will continue to be unable to work for the remainder of the week of October 7, and will be largely unable to work the week of October 14. While the CFPB appreciates that extensions of time to file reply briefs are disfavored, *see* Local Rule 31.4.4, the CFPB respectfully submits that under these circumstances there is good cause for a brief extension.

7.  Accordingly, the CFPB requests a two-week extension of time to file its reply brief, up to and including November 12, 2024 (accounting for the Veterans Day holiday).

8.  If the Court is not inclined to grant a two-week extension, the CFPB respectfully requests, in the alternative, that the Court grant at least a one-week extension, up to and including November 4.

9.  Plaintiffs-Appellees do not oppose the relief sought in this motion.

DATED: October 9, 2024

        Respectfully Submitted,
        /s/ Ryan Cooper
        Seth Frotman
          *General Counsel*
        Steven Y. Bressler
          *Deputy General Counsel*
        Kevin Friedl
          *Acting Assistant General Counsel*
        Ryan Cooper
          *Senior Counsel*
        1700 G Street NW
        Washington, DC 20552
        ryan.cooper@cfpb.gov
        202-702-7541

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 404 words. The motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Office 365 Pro Plus in Garamond 14-point font, a proportionally spaced typeface.

*/s/* Ryan Cooper
Ryan Cooper

**CERTIFICATE OF SERVICE**

I hereby certify on October 9, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

/s/ Ryan Cooper
Ryan Cooper
