# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40650   Chamber of Commerce v. CFPB
                   USDC No. 6:22-CV-381

The court has granted an extension of time to and including November 12, 2024 for filing a reply brief in this case.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Melissa V. Mattingly, Deputy Clerk
                               504-310-7719

Mr. Ryan Cooper
Ms. Jennifer B. Dickey
Mr. Andrew Doersam
Mr. Orlando Economos
Ms. Rachel Fried
Ms. Brianne Jenna Gorod
Mr. Seth Mermin
Mr. David Sidney Shaffer Nahmias
Mr. Cameron Thomas Norris
Ms. Victoria S. Nugent
Mr. Thomas Pinder
Mr. David Pommerehn
Mr. David Leighton Rosenthal
Mr. Justin Michael Sandberg
Mr. Bruce Alan Smith
Mr. Jordan Landrum Von Bokern
Mr. Bryan K. Weir