

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

November 12, 2024

BY ELECTRONIC FILING

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

## RE: *Chamber of Commerce v. CFPB*, No. 23-40650

Dear Mr. Cayce,

    I am lead counsel for appellees in the above-captioned matter and write to inform the Court that I will be unavailable for argument from March 17-27 due to an en banc Sixth Circuit argument and a family vacation.

                                                         Sincerely,

                                                         /s/ *Cameron T. Norris*
                                                         Cameron T. Norris
                                                         CONSOVOY MCCARTHY PLLC
                                                         1600 Wilson Blvd., Suite 700
                                                         Arlington, VA 22201
                                                         cam@consovoymccarthy.com

                                                         *Counsel for Appellees*

cc: Counsel of record (via CM/ECF)