# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 22, 2024

Ms. Rachel Fried
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. David Sidney Shaffer Nahmias
Center for Consumer Law & Economic Justice
308 Berkeley Law
Berkeley, CA 94720-7200

Mr. Cameron Thomas Norris
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Elijah J. O'Kelley
Attorney General's Office
for the State of Georgia/Solicitor General Unit
40 Capitol Square, S.W.
Atlanta, GA 30334

Mr. Justin Michael Sandberg
Consumer Financial Protection Bureau
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552

Mr. Brett Shumate
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

No. 23-40650   Chamber of Commerce v. CFPB
              USDC No. 6:22-CV-381

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).


                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    *Charles Whitney*

                                    By: _____
                                    Charles B. Whitney, Deputy Clerk
                                    504-310-7679

cc:
    Mr. Ryan Cooper
    Ms. Jennifer B. Dickey
    Mr. Andrew Doersam
    Mr. Orlando Economos
    Mr. Alexander Virgil Maugeri
    Mr. Seth Mermin
    Ms. Victoria S. Nugent
    Mr. Thomas Pinder
    Mr. David Pommerehn
    Mr. David Leighton Rosenthal
    Mr. Bruce Alan Smith
    Mr. Jordan Landrum Von Bokern
    Mr. Riley William Walters
    Mr. Bryan K. Weir