# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

January 16, 2025

<u>BY ELECTRONIC FILING</u>

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

**RE: Attorney Withdrawal,** *Chamber of Commerce v. CFPB*, **No. 23-40650**

Dear Mr. Cayce,

    I write to provide notice of my withdrawal of appearance as counsel in the above-captioned matter for *amici curiae* Bank Policy Institute, America's Credit Unions, and American Financial Services Association. *Amici curiae* will continue to be represented by Alexander Maugeri and Riley Walters.

    Sincerely,

    <u>/s/ *Brett A. Shumate*</u>
    Brett A. Shumate
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    bshumate@jonesday.com

cc: Counsel of record (via CM/ECF)