# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Chamber of Commerce of the United States of America, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, Independent Bankers Association of Texas, Texas Association of Business, and Texas Bankers Association, <br>           Plaintiffs-Appellees, <br><br> v. <br><br> Consumer Financial Protection Bureau, *et al.*, <br>           Defendants-Appellants. | No. 23-40650 |

## EMERGENCY NOTICE

Defendants-Appellants the Consumer Financial Protection Bureau, *et al.,* (CFPB) respectfully submit this emergency Notice to inform the Court of developments relevant to today's hearing. The President removed the prior Director of the CFPB from his position. Counsel for the CFPB has been instructed not to make any appearances in litigation except to seek a pause in proceedings. Accordingly, counsel for the CFPB will appear at today's hearing but will not present argument other than to respectfully request a pause in proceedings. Counsel for the CFPB will meet and confer with counsel for Appellees and provide a further update to the Court as soon as practicable.

1

DATED: February 3, 2025

                                                Respectfully Submitted,
                                                /s/ Ryan Cooper
                                                Steven Y. Bressler
                                                    *Deputy General Counsel*
                                                Christopher Deal
                                                   *Assistant General Counsel*
                                                Justin M. Sandberg
                                                Ryan Cooper
                                                   *Senior Counsel*
                                                1700 G Street NW
                                                Washington, DC 20552
                                                ryan.cooper@cfpb.gov
                                                202-702-7541

## CERTIFICATE OF SERVICE

I hereby certify on February 3, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

/s/ Ryan Cooper
Ryan Cooper