IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Chamber of Commerce of the United States of
America, Longview Chamber of Commerce,
American Bankers Association, Consumer
Bankers Association, Independent Bankers
Association of Texas, Texas Association of
Business, and Texas Bankers Association,
    Plaintiffs-Appellees,

v.

Consumer Financial Protection Bureau; and
Russell Vought, in his official capacity as Acting
Director of the Consumer Financial Protection
Bureau,
    Defendants-Appellants.

No. 23-40650

**UNOPPOSED MOTION FOR STAY OF FURTHER PROCEEDINGS**

Defendants-Appellants the Consumer Financial Protection Bureau, *et al.*, (CFPB) respectfully move to stay this appeal for ninety days. Plaintiffs-Appellees consent to the relief sought in this motion. In support of this motion, the CFPB states the following:

  1. This case is fully briefed and was scheduled for oral argument on Monday, February 3.

  2. On the morning of February 3, counsel for the CFPB learned that the President designated Secretary Scott Bessent to serve as Acting Director of the CFPB. Then Acting Director Bessent instructed CFPB staff not to make any appearances in

litigation other than to seek a pause in the proceedings.

3. The CFPB promptly advised the Court that it would not present oral argument other than to respectfully request a pause in the proceedings. *See* Doc. No. 129. The CFPB indicated it would meet and confer with Plaintiffs-Appellees and provide a further update to the Court as soon as practicable.

4. On February 7, 2025, the President designated Russell Vought to replace Secretary Bessent as Acting Director of the CFPB. The CFPB's new leadership needs time to review and consider its position in this litigation.

5. In order to facilitate the Acting Director's review of ongoing litigation, the CFPB respectfully requests a ninety-day stay of this appeal.

6. If the Court believes it would be appropriate, the CFPB will submit a report upon the conclusion of the stay advising the Court of the status of the appeal.

7. Plaintiffs-Appellees do not oppose the relief sought in this motion.

DATED: February 18, 2025

                                                Respectfully Submitted,
                                                /s/ Ryan Cooper
                                                Christopher Deal
                                                    *Assistant General Counsel*
                                                Ryan Cooper
                                                   *Senior Counsel*
                                                1700 G Street NW
                                                Washington, DC 20552
                                                ryan.cooper@cfpb.gov
                                                202-702-7541

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 251 words. The motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Office 365 Pro Plus in Garamond 14-point font, a proportionally spaced typeface.

                                                             /s/ Ryan Cooper
                                                           Ryan Cooper

## **CERTIFICATE OF SERVICE**

I hereby certify on February 18, 2025, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

        /s/ Ryan Cooper
        Ryan Cooper